UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE DE JESUS RAMIREZ SANCHEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:26-cv-06415-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied with prejudice as to Counts One, Two, and Four and without prejudice as to Counts Three and Five through Eight.

Dated: November 10, 2026__

JOHN D. EARLY
United States Magistrate Judge